**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| WEGNER, WALTER A. | |
| | CASE NO. 06B-13772 JS |
| | JUDGE JOHN SQUIRES |
| Debtor(s) | |

## TRUSTEE'S FINAL REPORT

To:    THE HONORABLE JOHN SQUIRES
        BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/25/06. The Trustee was appointed on 10/25/06. An order for relief under Chapter 7 was entered on 10/25/06.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 12/28/07 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 293,198.77 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 236,292.96 |
| c. NET CASH available for distribution | $ | 56,905.81 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
| 1. Trustee compensation requested (See Exhibit E) | $ | 17,159.94 |
| 2. Trustee Expenses (See Exhibit E) | $ | 40.00 |
| 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | $ | 6,706.39 |
| e. Illinois Income Tax for Estate (See Exhibit G) | $ | 979.00 |

5.    The Bar Date for filing unsecured claims expired on 03/16/07.

6.    All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. Allowed unpaid secured claims | $ | 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ | 23,966.33 |
| c. Allowed Chapter 11 Administrative Claims | $ | 0.00 |
| d. Allowed priority claims | $ | 0.00 |
| e. Allowed unsecured claims | $ | 106,871.37 |

7.    Trustee proposes that unsecured creditors receive a distribution of 30.82% of allowed claims.

8.    Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00.  Professional's compensation and expense requested but not yet allowed is $6,706.39.  The total of Chapter 7 professional fees and expenses requested for final allowance is $23,906.33. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.    A fee of $1,475.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).   The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  12/28/07                                    RESPECTFULLY SUBMITTED,


By:/s/David Grochocinski
          DAVID GROCHOCINSKI, TRUSTEE
          1900 RAVINIA PLACE
          ORLAND PARK, IL  60462
          Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL  60462

Invoice submitted to:
Wegner, Walter

December 28, 2007

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **General Administration** | | |
| 12/1/2006 | DEG | Receipt and review of file in advance of 341 meeting | 0.30 | 112.50 |
| | | General Administration | 375.00/hr | |
| 12/12/2006 | DEG | Conduct 34 1meeting | 0.50 | 187.50 |
| | | General Administration | 375.00/hr | |
| 12/13/2006 | DEG | Receipt of check from AmerUS Group; open accounts and deposit same | 0.80 | 280.00 |
| | | General Administration | 350.00/hr | |
| | DEG | Facsimile letter to accountant with list of creditors and copy of proposed motion to employ; request that he review and sign and send back | 0.50 | 175.00 |
| | | General Administration | 350.00/hr | |
| 12/15/2006 | DEG | Receipt and review of information regarding AmerUs Group | 1.00 | 350.00 |
| | | General Administration | 350.00/hr | |
| | DEG | Receipt and revew of market analysis and copy of self-declaration of trust dated 4/19/01 from debtor's attorney | 1.80 | 630.00 |
| | | General Administration | 350.00/hr | |
| 12/29/2006 | DEG | Prepared letter to accountant with necessary information to prepare tax returns; request he contact debtor's attorney regarding tax returns | 0.50 | 175.00 |
| | | General Administration | 350.00/hr | |
| 1/3/2007 | DEG | Telephone conference with accountant regarding tax issues for 2006 regarding stock payment | 0.50 | 175.00 |
| | | General Administration | 350.00/hr | |
| | DEG | Review documents from Amerus group regardung distribution to debtor along with prior tax returns | 2.00 | 750.00 |
| | | General Administration | 375.00/hr | |
| 1/4/2007 | DEG | Review of 1099 regarding distribution and fax to accountant | 0.20 | 75.00 |
| | | General Administration | 375.00/hr | |



EXHIBIT
A

Wegner, Walter

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/15/2007 | DEG | Receipt and review of motion for relief from stay on behalf of Countrywide Home Loans<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 2/9/2007 | DEG | Receipt and review of 2006 tax returns prepared by accountant for Trustee; prepare prompt determination letters to IRS and IDR; prepare checks for tax due; turnover of Amerus funds<br>General Administration | 3.50<br>350.00/hr | 1,225.00 |
| 2/19/2007 | DEG | Review claims docket to date<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 3/2/2007 | DEG | Receipt and review of federal and state income tax returns for WANAW Enterprises, Inc.; financial statements; review of same<br>General Administration | 1.50<br>350.00/hr | 525.00 |
| 3/12/2007 | DEG | Facsimile letter to H. Bode with rider to contract to be signed; make amendments and return initialed<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 3/29/2007 | DEG | Receipt and review of prompt determination letter from IRS<br>General Administration | 0.20<br>350.00/hr | 70.00 |
| 4/11/2007 | DEG | Receipt and review of waiver regarding 505(b) from IDR<br>General Administration | 0.30<br>375.00/hr | 112.50 |
| 6/7/2007 | DEG | Final review of claim docket<br>General Administration | 0.80<br>375.00/hr | 300.00 |
|  | DEG | Letter and documents to Al Horewitch regarding real estate transfer<br>General Administration | 0.30<br>350.00/hr | 105.00 |
| 12/17/2007 | DEG | Review final tax returns and send prompt determination letter request<br>General Administration | 1.50<br>375.00/hr | 562.50 |
| 12/19/2007 | DEG | Prepared final report<br>General Administration | 4.50<br>375.00/hr | 1,687.50 |
|  | | SUBTOTAL: | [    21.60 | 7,812.50] |

Real estate

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/20/2006 | DEG | Receipt and review of market analysis on real estate from debtor<br>Real estate | 0.50<br>350.00/hr | 175.00 |
| 11/15/2006 | DEG | Order tract search<br>Real estate | 0.20<br>350.00/hr | 70.00 |
| 11/22/2006 | DEG | Receipt and review of tract search<br>Real estate | 0.50<br>350.00/hr | 175.00 |
| 12/10/2006 | DEG | Prepared notice of interest in real estate; send to recorder with check and request recordation<br>Real estate | 0.50<br>350.00/hr | 175.00 |
| 1/3/2007 | DEG | Discuss issues regarding market analysis by Coldwell Banker with broker<br>Real estate | 0.50<br>375.00/hr | 187.50 |
|  | DEG | Letter to broker with documents to sell real estate<br>Real estate | 0.70<br>350.00/hr | 245.00 |
|  | DEG | Prepared letter to broker; request market analysis; contact information for debtor; schedules, etc.<br>Real estate | 0.50<br>350.00/hr | 175.00 |

Wegner, Walter

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/23/2007 | DEG | Telephone conference with broker regarding value on property-listing agreement to come<br>Real estate | 0.30<br>350.00/hr | 105.00 |
| 2/9/2007 | DEG | Receipt and review of motion to modify stay<br>Real estate | 0.40<br>375.00/hr | 150.00 |
| 2/16/2007 | DEG | Appear in court; motion to modify stay as to real property; likely sale; continue to 3/30/07<br>Real estate | 0.80<br>375.00/hr | 300.00 |
| 2/19/2007 | DEG | Facsimile letter with order and listing agreement to broker<br>Real estate | 0.50<br>350.00/hr | 175.00 |
| 3/12/2007 | DEG | Receipt and review of second offer on real estate for $257,900.00<br>Real estate | 1.00<br>350.00/hr | 350.00 |
| | DEG | Receipt and review of first offer on real estate for $230,000<br>Real estate | 1.00<br>350.00/hr | 350.00 |
| | DEG | Receipt and review of third offer on real estate in the amount of $253,000.00<br>Real estate | 0.80<br>350.00/hr | 280.00 |
| | DEG | Prepared rider to contract and amendments to contract<br>Real estate | 1.20<br>375.00/hr | 450.00 |
| 3/13/2007 | DEG | Review of disclosure regarding real estate and fax to broker<br>Real estate | 0.20<br>375.00/hr | 75.00 |
| 4/27/2007 | DEG | Recept and review of title<br>Real estate | 0.80<br>350.00/hr | 280.00 |
| 5/29/2007 | DEG | Review of documents for closing; sign all and have notorized<br>Real estate | 1.80<br>350.00/hr | 630.00 |
| 5/31/2007 | DEG | Telephone conference with Liz from Martucci's office; new address for debtor<br>Real estate | 0.20<br>350.00/hr | 70.00 |
| 6/4/2007 | DEG | Prepared letter to debtor along with HUD statement and check for $15,000 as payment of his homestead exemption;<br>Real estate | 0.80<br>350.00/hr | 280.00 |
| | | SUBTOTAL: | [    13.20 | 4,697.50] |
| | | For professional services rendered | 34.80 | $12,510.00 |

## TRUSTEE COSTS

1)  **DuPage Recorder of Deeds**                                    **40.00**

    **TOTAL COSTS**                                    **$40.00**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

TOTAL RECEIPTS                                   $_____ 293,198.77

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                  $_____ 6,493.00

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                       $_____ 21,875.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

**Form 1**

Page: 1

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:** 06B-13772 JS | **Trustee:** (520067)   DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** WEGNER, WALTER A. | **Filed (f) or Converted (c):** 10/25/06 (f) |
| | **§341(a) Meeting Date:** 12/12/06 |
| **Period Ending:** 12/28/07 | **Claims Bar Date:** 03/16/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1340 AUBURN AVENUE, NAPERVILLE | 250,000.00 | 45,769.00 | | 258,100.00 | FA |
| 2 | CASH | 100.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 1,903.00 | 0.00 | | 0.00 | FA |
| 4 | USED FURNITURE | 250.00 | 0.00 | | 0.00 | FA |
| 5 | CDS | 15.00 | 0.00 | | 0.00 | FA |
| 6 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 7 | CAMCORDER | 25.00 | 0.00 | | 0.00 | FA |
| 8 | TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 9 | WANAW ENTERPRISE STOCK/OWNED BY TRUST | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 1999 OLDSMOBILE AURORA | 5,600.00 | 0.00 | DA | 0.00 | FA |
| 11 | COMPUTER | 200.00 | 0.00 | | 0.00 | FA |
| 12 | BUSINESS SUPPLIES | 75.00 | 0.00 | | 0.00 | FA |
| 13 | ALPENLAND RESORT TIMESHARE | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 14 | AMERUS GROUP STOCK  (u) | 34,638.00 | 34,638.00 | | 34,638.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 460.77 | Unknown |
| 15 | **Assets**    **Totals** (Excluding unknown values) | **$298,006.00** | **$85,407.00** | | **$293,198.77** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 06B-13772 JS | **Trustee:** (520067)    DAVID GROCHOCINSKI, TRUSTEE |
| **Case Name:** WEGNER, WALTER A. | **Filed (f) or Converted (c):** 10/25/06 (f) |
| | **§341(a) Meeting Date:** 12/12/06 |
| **Period Ending:** 12/28/07 | **Claims Bar Date:** 03/16/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property _Abandoned_ OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

TURNOVER TO ESTATE OF DEBTOR'S INTEREST REGARDING STOCK OPTIONS IN PRIOR COMPANY; TAX RETURNS WILL BE REQUIRED FOR THIS TRANSACTION AND ACCOUTNANT HAS BEEN RETAINED PENDING REVIEW AND LISTING OF REAL ESTATE AND SALE

**Initial Projected Date Of Final Report (TFR):** December 30, 2008    **Current Projected Date Of Final Report (TFR):** December 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06B-13772 JS | |
| **Case Name:** | WEGNER, WALTER A. | |
| | | |
| **Taxpayer ID #:** | 13-7549573 | |
| **Period Ending:** | 12/28/07 | |

| | | |
|---|---|---|
| **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****80-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/06 | {14} | AMERUS GROUP | STOCK SALE | 1223-000 | 34,638.00 | | 34,638.00 |
| 12/20/06 | 1001 | PROPERTY INSIGHT | TRACT SEARCH FEE/INVOICE NO C553369 | 2990-000 | | 60.00 | 34,578.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.38 | | 34,589.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.06 | | 34,612.44 |
| 02/09/07 | 1002 | UNITED STATES TREASURY | EIN 13-7549573, FORM 1041 FOR YEAR ENDED 12/31/06 | 2810-000 | | 1,310.00 | 33,302.44 |
| 02/09/07 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | EIN 13-7549573, FORM IL -1041 FOR YEAR ENDED 12/31/06 | 2820-000 | | 979.00 | 32,323.44 |
| 02/12/07 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-13772, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 30.18 | 32,293.26 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.69 | | 32,309.95 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.25 | | 32,327.20 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.83 | | 32,345.03 |
| 05/31/07 | | CHICAGO TITLE INSURANCE CO. | SALE OF REAL ESTATE | | 21,671.22 | | 54,016.25 |
| | {1} | CHICAGO TITLE INSURANCE CO. | 258,100.00 | 1110-000 | | | 54,016.25 |
| | | WALTER WEGNER | EXEMPTION TO DEBTOR -15,000.00 | 8100-002 | | | 54,016.25 |
| | | CHICAGO TITLE | OVERNIGHT FEE -15.00 | 2500-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | COUNTY TAXES -1,798.50 | 2820-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | 2006 REAL ESTATE PRORATION -2,084.79 | 2820-000 | | | 54,016.25 |
| | | CHICAGO TITLE | HOLDBACK FOR -2,500.00 | 4110-000 | | | 54,016.25 |

| | | | **Subtotals :** | | **$56,395.43** | **$2,379.18** | |

{} Asset reference(s)

Printed: 12/28/2007 11:26 AM    V.9.55

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-13772 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | WEGNER, WALTER A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 13-7549573 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/28/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | MORTGAGE PAYOFF | | | | |
| | | KOENIG & STREY | COMMISSION  -12,905.00 | 3510-000 | | | 54,016.25 |
| | | CHICAGO TITLE | TITLE INSURANCE  -1,220.00 | 2500-000 | | | 54,016.25 |
| | | COUNTRYWIDE HOME LOANS | MORTGAGE PAYOFF  -200,218.49 | 4110-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | COUNTY TAXES  -129.00 | 2820-000 | | | 54,016.25 |
| | | | STATE TRANSFER  -258.00<br>STAMPS | 2820-000 | | | 54,016.25 |
| | | ASSOCIATED SURVEY GROUP | SURVEY  -300.00 | 2500-000 | | | 54,016.25 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 17.84 | | 54,034.09 |
| 06/04/07 | | CHICAGO TITLE AND TRUST CO | OVERPAYMENT OF PAYOFF LOAN | 4110-000 | | -15.00 | 54,049.09 |
| 06/05/07 | | CHICAGO TITLE & TRUST<br>COMPANY | ESCROW HOLDBACK | 4110-000 | | -2,500.00 | 56,549.09 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3600% | 1270-000 | 35.46 | | 56,584.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3600% | 1270-000 | 67.46 | | 56,652.01 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3600% | 1270-000 | 65.43 | | 56,717.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3600% | 1270-000 | 59.17 | | 56,776.61 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.3600% | 1270-000 | 69.81 | | 56,846.42 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.1700% | 1270-000 | 59.39 | | 56,905.81 |

| | | | | Subtotals : | $374.56 | $-2,515.00 | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06B-13772 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | WEGNER, WALTER A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 13-7549573 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/28/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **56,769.99** | **-135.82** | **$56,905.81** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **56,769.99** | **-135.82** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,769.99** | **$-15,135.82** | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06B-13772 JS |
| Case Name: | WEGNER, WALTER A. |
| | |
| Taxpayer ID #: | 13-7549573 |
| Period Ending: | 12/28/07 |

| | |
|---|---|
| Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****80-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 56,769.99 |
| Plus Gross Adjustments : | 236,428.78 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $278,198.77 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****80-65 | 56,769.99 | -15,135.82 | 56,905.81 |
| Checking # ***-*****80-66 | 0.00 | 0.00 | 0.00 |
| | $56,769.99 | $-135.82 | $56,905.81 |

{} Asset reference(s)

Printed: 12/28/2007 11:26 AM    V.9.55

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

WEGNER, WALTER A.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06B-13772 JS

JUDGE JOHN SQUIRES

## PROPOSED DISTRIBUTION REPORT

I, <u>DAVID GROCHOCINSKI, TRUSTEE,</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims: | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 23,906.33 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 32,939.48 |

<u>TOTAL AMOUNT TO BE DISTRIBUTED:</u>        $        56,905.81

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 23,906.33 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 2,370.00 | 2,370.00 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,272.50 | 4,272.50 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 63.89 | 63.89 |
| ADMIN4 | DAVID GROCHOCINSKI, TRUSTEE | 17,159.94 | 17,159.94 |
| ADMIN5 | DAVID GROCHOCINSKI, TRUSTEE | 40.00 | 40.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  | TOTAL | |
| --- | --- | --- |
| | $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- |
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- |
| | TOTAL $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- |
| §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- |
| | TOTAL $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- |
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- |
| | TOTAL $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
| --- | --- | --- |
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 106,871.37 | 30.88% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| --- | --- | --- | --- |
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | 10,334.92 | 3,191.20 |
| 002 | CHASE BANK USA NA | 15,849.16 | 4,893.86 |
| 003 | CHASE BANK USA NA | 16,313.27 | 5,037.17 |
| 004 | BANK OF AMERICA NA | 7,625.47 | 2,354.57 |
| 005 | ECAST SETTLEMENT CORP. | 5,018.67 | 1,549.65 |
| 006 | AMERICAN EXPRESS CENTURION BANK | 14,258.65 | 4,402.75 |
| 007 | AMERICAN EXPRESS TRAVEL REALTED SERVICES CO, INC. | 12,598.97 | 3,890.28 |

| 008 | CHASE BANK USA NA | 4,952.95 | 1,529.36 |
| 009 | ADVANTA BANK CORP | 19,919.31 | 6,150.64 |
| | | TOTAL    $ | 32,999.48 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL    $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $    0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |

|  | | TOTAL | $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____

DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,272.50 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 63.89 | |
| | | | 4,336.39 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 2,370.00 | |
| | | | 2,370.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 6,706.39 | $ 6,706.39 |

1