**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>WEGNER, WALTER A.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-13772 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: DuPage County Courthouse
    505 N. County Farm Road, Room 2000
    Wheaton, Illinois 60187

    on: **February 29, 2008**
    at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $            293,198.77

    b. Disbursements                         $            236,292.96

    c. Net Cash Available for Distribution   $             56,905.81

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| | Compensation<br>Previously | Fees Now | Expenses<br>Now |
|---|---|---|---|
| Applicant | Paid | Requested | Requested |

| | | |
|---|---|---|
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $2,370.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $4,272.50 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $63.89 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $17,159.94 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $40.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $106,871.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 30.88%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | $ 10,334.92 | $ 3,191.20 |
| 002 | CHASE BANK USA NA | $ 15,849.16 | $ 4,893.86 |
| 003 | CHASE BANK USA NA | $ 16,313.27 | $ 5,037.17 |
| 004 | BANK OF AMERICA NA | $ 7,625.47 | $ 2,354.57 |
| 005 | ECAST SETTLEMENT CORP. | $ 5,018.67 | $ 1,549.65 |

| | | | |
|---|---|---|---|
| 006 | AMERICAN EXPRESS CENTURION BANK | $ 14,258.65 | $ 4,402.75 |
| 007 | AMERICAN EXPRESS TRAVEL REALTED SERVICES CO, INC. | $ 12,598.97 | $ 3,890.28 |
| 008 | CHASE BANK USA NA | $ 4,952.95 | $ 1,529.36 |
| 009 | ADVANTA BANK CORP | $ 19,919.31 | $ 6,150.64 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, 1999 Oldsmobile Aurora and time share

Dated: January 23, 2008          For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   DAVID GROCHOCINSKI, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

IN RE:   　　　　　　　　　　　　　　　CHAPTER 7 CASE
WEGNER, WALTER A.
　　　　　　　　　　　　　　　　　　　CASE NO. 06B-13772 JS

　　　　　　　　　　　　　　　　　　　JUDGE JOHN SQUIRES
　　　　　Debtor(s)

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $ 17,159.94 |
| 2. | Trustee's expenses | $ 40.00 |
| | TOTAL | $ 17,199.94 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 4,272.50 |
| | b. Expenses | $ 63.89 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 2,370.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

      d. Chapter 11 Expenses                                           $      0.00

3.    Other Professionals

                                        TOTAL       $     6,706.39

     IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this day of _____, 200_.

                              ENTERED

                              _____
                              JOHN SQUIRES
                              UNITED STATES BANKRUPTCY JUDGE

```
BAE SYSTEMS                                             06-13772   Doc 48   Filed 01/23/08   Entered 01/25/08 23:57:56   Desc Imaged
Bankruptcy Noticing Center                                         Certificate of Service      Page 6 of 6
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514
```

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1              Date Rcvd: Jan 23, 2008
Case: 06-13772                 Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on Jan 25, 2008.
db          +Walter A. Wegner,    1340 Auburn Ave.,    Naperville, IL 60565-2926
aty         +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Gregory J Martucci,    Law Office Of Gregory J. Martucci,    203 E. Irving Park Rd.,
              Roselle, IL 60172-2004
tr          +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
              Orland Park, IL 60462-3760
10980462    +A-1 Leasing, LLC,    2007 Eastern Ave. S.E.,    Grand Rapids, MI 49507-3234
10980463     Advanta,    P.O. Box 8088,    Philadelphia, PA 19101-8088
11232794     Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10980466    +Alpenland Resort,    4749 Lincoln Mall Dr., Ste. 600,    Matteson, IL 60443-3813
10980464     American Express,    P.O. Box 0001,    Los Angeles, CA 90096-0001
11207845     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11207848     American Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10980467     Bank of America,    P.O. Box 1516,    Newark, NJ 07101-1516
10980468     Bank of America, NA,    Attn: M-BK,    PO Box 53160,    Phoenix, AZ 85072-3160
10980469    +Bank of American,    P.O. Box 60073,    City of Industry, CA 91716-0073
10980471    +Capitol One,    P.O. Box 790217,    St. Loius, MO 63179-0217
10980470    +Capitol One,    P.O. Box 60024,    City Industry, CA 91716-0024
10980472     Capitol One, F.S.B.,    P.O. Box 790217,    St. Louis, MO 63179-0217
10980473     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
10980474     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
11096520    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10980475     Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
10980476    +Country Wide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
10980478     GM Card,    P.O. Box 80082,    Salinas, CA 93912-0082
10994595    +Illinois Department of Human Services,    100 S Grand Ave,    Springfield, IL 62762-0002
10980479    +US Merchant Systems,    3125 Skyway Court,    Fremont, CA 94539-5910
11207844     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Jan 24, 2008.
11072496    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2008 04:35:51
              DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10980477     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2008 04:35:51     Discover,    P.O. Box 15251,
              Wilmington, DE 19886
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10980465*   +American Express,    P.O. Box 0001,    Los Angeles, CA 90096-8000
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2008**                    **Signature:** _Joseph Speetjens_