# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 06B-13772 JS  
**Case Name:** WEGNER, WALTER A.  

**Taxpayer ID #:** 13-7549573  
**Period Ending:** 04/15/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/13/06 | {14} | AMERUS GROUP | STOCK SALE | | 1223-000 | 34,638.00 | | 34,638.00 |
| 12/20/06 | 1001 | PROPERTY INSIGHT | TRACT SEARCH FEE/INVOICE NO C553369 | | 2990-000 | | 60.00 | 34,578.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 11.38 | | 34,589.38 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 23.06 | | 34,612.44 |
| 02/09/07 | 1002 | UNITED STATES TREASURY | EIN 13-7549573, FORM 1041 FOR YEAR ENDED 12/31/06 | | 2810-000 | | 1,310.00 | 33,302.44 |
| 02/09/07 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | EIN 13-7549573, FORM IL -1041 FOR YEAR ENDED 12/31/06 | | 2820-000 | | 979.00 | 32,323.44 |
| 02/12/07 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #06B-13772, BOND# 016026455 - TERM 2/1/07-2/1/08 | | 2300-000 | | 30.18 | 32,293.26 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 16.69 | | 32,309.95 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 17.25 | | 32,327.20 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 17.83 | | 32,345.03 |
| 05/31/07 | | CHICAGO TITLE INSURANCE CO. | SALE OF REAL ESTATE | | | 21,671.22 | | 54,016.25 |
| | {1} | CHICAGO TITLE INSURANCE CO. | | 258,100.00 | 1110-000 | | | 54,016.25 |
| | | WALTER WEGNER | EXEMPTION TO DEBTOR | -15,000.00 | 8100-002 | | | 54,016.25 |
| | | CHICAGO TITLE | OVERNIGHT FEE | -15.00 | 2500-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | COUNTY TAXES | -1,798.50 | 2820-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | 2006 REAL ESTATE PRORATION | -2,084.79 | 2820-000 | | | 54,016.25 |
| | | CHICAGO TITLE | HOLDBACK FOR | -2,500.00 | 4110-000 | | | 54,016.25 |

**Subtotals:** $56,395.43   $2,379.18

{} Asset reference(s)

Printed: 04/15/2008 10:56 AM    V.10.03

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06B-13772 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | WEGNER, WALTER A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-65 - Money Market Account |
| Taxpayer ID #: | 13-7549573 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/15/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | MORTGAGE PAYOFF | | | | |
| | | KOENIG & STREY | COMMISSION            -12,905.00 | 3510-000 | | | 54,016.25 |
| | | CHICAGO TITLE | TITLE INSURANCE       -1,220.00 | 2500-000 | | | 54,016.25 |
| | | COUNTRYWIDE HOME LOANS | MORTGAGE PAYOFF    -200,218.49 | 4110-000 | | | 54,016.25 |
| | | DUPAGE COUNTY | COUNTY TAXES          -129.00 | 2820-000 | | | 54,016.25 |
| | | | STATE TRANSFER        -258.00<br>STAMPS | 2820-000 | | | 54,016.25 |
| | | ASSOCIATED SURVEY GROUP | SURVEY                -300.00 | 2500-000 | | | 54,016.25 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.84 | | 54,034.09 |
| 06/04/07 | | CHICAGO TITLE AND TRUST CO | OVERPAYMENT OF PAYOFF LOAN | 4110-000 | | -15.00 | 54,049.09 |
| 06/05/07 | | CHICAGO TITLE & TRUST COMPANY | ESCROW HOLDBACK | 4110-000 | | -2,500.00 | 56,549.09 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 35.46 | | 56,584.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 67.46 | | 56,652.01 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 65.43 | | 56,717.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 59.17 | | 56,776.61 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3600% | 1270-000 | 69.81 | | 56,846.42 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 59.39 | | 56,905.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1700% | 1270-000 | 56.53 | | 56,962.34 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 52.09 | | 57,014.43 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 27.94 | | 57,042.37 |
| 03/03/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 1.87 | | 57,044.24 |
| 03/03/08 | | To Account #********8066 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 57,044.24 | 0.00 |

                                                **Subtotals :**      **$512.99**      **$54,529.24**

{} Asset reference(s)  
Printed: 04/15/2008 10:56 AM   V.10.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 06B-13772 JS  
**Case Name:** WEGNER, WALTER A.  

**Taxpayer ID #:** 13-7549573  
**Period Ending:** 04/15/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****80-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 56,908.42 | 56,908.42 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 57,044.24 | |
| | | | **Subtotal** | | 56,908.42 | -135.82 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$56,908.42** | **$-15,135.82** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06B-13772 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | WEGNER, WALTER A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 13-7549573 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/15/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/03/08 | | From Account #********8065 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 57,044.24 | | 57,044.24 |
| 03/05/08 | 101 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $2,370.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,370.00 | 54,674.24 |
| 03/05/08 | 102 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,272.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,272.50 | 50,401.74 |
| 03/05/08 | 103 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $63.89, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 63.89 | 50,337.85 |
| 03/05/08 | 104 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $17,159.94, Trustee Compensation; Reference: | 2100-000 | | 17,159.94 | 33,177.91 |
| 03/05/08 | 105 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $40.00, Trustee Expenses; Reference: | 2200-000 | | 40.00 | 33,137.91 |
| 03/05/08 | 106 | DISCOVER BANK/DISCOVER FINANCIAL SVCS | Dividend paid 31.00% on $10,334.92; Claim# 001; Filed: $10,334.92; Reference: | 7100-000 | | 3,204.58 | 29,933.33 |
| 03/05/08 | 107 | CHASE BANK USA NA | Dividend paid 31.00% on $15,849.16; Claim# 002; Filed: $15,849.16; Reference: | 7100-000 | | 4,914.39 | 25,018.94 |
| 03/05/08 | 108 | CHASE BANK USA NA | Dividend paid 31.00% on $16,313.27; Claim# 003; Filed: $16,313.27; Reference: | 7100-000 | | 5,058.30 | 19,960.64 |
| 03/05/08 | 109 | BANK OF AMERICA NA | Dividend paid 31.00% on $7,625.47; Claim# 004; Filed: $7,625.47; Reference: | 7100-000 | | 2,364.45 | 17,596.19 |
| 03/05/08 | 110 | ECAST SETTLEMENT CORP. | Dividend paid 31.00% on $5,018.67; Claim# 005; Filed: $5,018.67; Reference: | 7100-000 | | 1,556.15 | 16,040.04 |
| 03/05/08 | 111 | AMERICAN EXPRESS CENTURION BANK | Dividend paid 31.00% on $14,258.65; Claim# 006; Filed: $14,258.65; Reference: | 7100-000 | | 4,421.22 | 11,618.82 |

Subtotals : **$57,044.24** **$45,425.42**

{} Asset reference(s)

Printed: 04/15/2008 10:56 AM   V.10.03

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 06B-13772 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | WEGNER, WALTER A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****80-66 - Checking Account |
| Taxpayer ID #: | 13-7549573 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/15/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/08 | 112 | AMERICAN EXPRESS TRAVEL REALTED SERVICES CO, INC. | Dividend paid 31.00% on $12,598.97; Claim# 007; Filed: $12,598.97; Reference: | 7100-000 | | 3,906.60 | 7,712.22 |
| 03/05/08 | 113 | CHASE BANK USA NA | Dividend paid 31.00% on $4,952.95; Claim# 008; Filed: $4,952.95; Reference: | 7100-000 | | 1,535.78 | 6,176.44 |
| 03/05/08 | 114 | ADVANTA BANK CORP | Dividend paid 31.00% on $19,919.31; Claim# 009; Filed: $19,919.31; Reference: | 7100-000 | | 6,176.44 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 57,044.24 | 57,044.24 | **$0.00** |
| | | | Less: Bank Transfers | | 57,044.24 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 57,044.24 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$57,044.24** | |

{} Asset reference(s)                                                                                        Printed: 04/15/2008 10:56 AM    V.10.03

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 06B-13772 JS
**Case Name:** WEGNER, WALTER A.

**Taxpayer ID #:** 13-7549573
**Period Ending:** 04/15/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****80-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :        56,908.42
      Plus Gross Adjustments :   236,428.78
      Less Payments to Debtor :   15,000.00
                                 _____
            Net Estate :        $278,337.20
```

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****80-65** | 56,908.42 | -15,135.82 | 0.00 |
| **Checking # ***-*****80-66** | 0.00 | 57,044.24 | 0.00 |
| | $56,908.42 | $56,908.42 | $0.00 |

{} Asset reference(s)

Printed: 04/15/2008 10:56 AM   V.10.03